[No. 47548-7-I.  Division One.  April 22, 2002.]

NEWMARK LTD. PARTNERSHIP, *Appellant*, v. OLES, MORRISON & RINKER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-25100-1, Larry A. Jordan, J., entered October 20, 2000. *Affirmed* by unpublished opinion per Agid, J., concurred in by Becker, C.J., and Baker, J.

[No. 47645-9-I.  Division One.  April 22, 2002.]

DONALD B. MURPHY CONTRACTORS, INC., *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 99-2-18386-0, Suzanne M. Barnett, J., entered September 29 and November 9, 2000. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Appelwick, JJ. Now published at 112 Wn. App. 192.

[No. 48073-1-I.  Division One.  April 22, 2002.]

TERESA SINCLAIR, *Respondent*, v. STATE FARM INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-2-01461-1, John M. Meyer, J., entered January 30, 2001. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 48268-8-I.  Division One.  April 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JACKLYNN BERGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-07119-9, LeRoy McCullough, J., entered March 21, 2001. *Reversed* by unpublished per curiam opinion.